# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JULIE A. SU,<br>ACTING SECRETARY OF LABOR<br>U.S. DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>MONOGRAM FOOD SOLUTIONS,<br>LLC; MONOGRAM MANAGEMENT<br>SERVICES, INC; MONOGRAM<br>MEAT SNACKS, LLC,<br><br>Defendants. | CIVIL ACTION FILE NO. 0:23-cv-02007 |

## COMPLAINT

1. Plaintiff, Julie A. Su, Acting Secretary of Labor, United States Department of Labor ("Secretary") brings this action pursuant to Sections 212(b) and 217 of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("Act" or "FLSA") to restrain Defendants and their agents from continuing to engage in oppressive child labor in violation of Sections 12(c) and 15(a)(4) of the FLSA, 29 U.S.C. §§ 212(c), 215(a)(4).

2. Monogram Food Solutions, LLC; Monogram Management Services, Inc.; and Monogram Meat Snacks, LLC, which does business in the State of Minnesota, (hereinafter "Monogram" or the "Defendants"),[1] is a meat packing and food processing

---

[1] Monogram Food Solutions, LLC is registered as a foreign limited liability company in Tennessee, referencing Delaware as the qualifying state, and is the parent company of Monogram Meat Snacks, LLC and Monogram Management Services, Inc. Monogram Management Services, Inc. is registered as a domestic for-profit corporation in Tennessee, and is the employer of all Monogram employees. Monogram Meat Snacks, LLC, which operates the Chandler, Minnesota Monogram production facility, is registered as a foreign limited liability company in Tennessee and Minnesota, with both records referencing Delaware as the qualifying state. Monogram's principal office is located in Memphis, Tennessee.

company which employs workers to produce ready to eat goods at a facility in Chandler, Minnesota and at other establishments throughout the United States of America.

3. Monogram has employed minor children at their establishment in Chandler, Minnesota to work in prohibited occupations with hazardous machines.

## JURISDICTION AND VENUE

4. Jurisdiction over this action is conferred upon this Court by Section 17 of the FLSA, 29 U.S.C. § 217, and 28 U.S.C. §§ 1331 and 1345.

5. Venue is proper in the United States District Court for the District of Minnesota because Monogram has a place of business in Chandler, Minnesota and Monogram is subject to personal jurisdiction in Minnesota by, among other things, transacting business in Minnesota. 28 U.S.C. § 1391(b)(1).

## RELEVANT STATUTORY AND REGULATORY PROVISIONS

6. Section 12(c) of the FLSA prohibits employers from using any oppressive child labor in commerce or in the production of goods for commerce or in any enterprise engaged in commerce or in the production of goods for commerce. 29 U.S.C. § 212(c). Section 15(a)(4) of the FLSA provides, in relevant part, that it shall be unlawful for any person to violate Section 12(c) of the Act. 29 U.S.C. § 215(a)(4).

7. Children 14 and 15 years of age may be employed outside school hours, but only in specified non-manufacturing and non-hazardous jobs for limited periods of time and under specified conditions. *See* 29 U.S.C. § 203(l). Any work that is not expressly

permitted for 14- and 15-year olds engaged in nonagricultural employment is prohibited. *See*, e.g., 29 C.F.R. § 570.32; 29 C.F.R. § 570.33(a). The regulations prohibit minors 14 and 15 years of age to work in any nonagricultural occupation declared to be hazardous for minors between 16 and 18 years of age and, among other things, any occupation that involves cleaning or operating any power-driven machinery, including food slicers, food grinders, food choppers, food processors, food cutters, and food mixers. 29 C.F.R. § 570.33(b), (e).

8. The FLSA sets certain conditions for the lawful employment of minors working in nonagricultural employment. Sixteen- and 17-year-olds may be employed in any occupation other than those declared hazardous by the Secretary of Labor. *See* 29 U.S.C. § 203(l). The Department of Labor's Child Labor Regulations have designated many occupations in or about meat packing establishments as particularly hazardous for minors under 18 years of age working in nonagricultural employment. 29 C.F.R. § 570.61. Hazardous occupations include all occupations involving operation any of the following power-driven machines, or any parts thereof: "meat patty forming machines, meat and bone cutting saws, poultry scissors or shears; meat slicers, knives, headsplitters, and guillotine cutters; snoutpullers and jawpullers; skinning machines; horizontal rotary washing machines; casing-cleaning machines such as crushing, stripping, and finishing machines; grinding, mixing, chopping, and hashing machines; and presses (except belly-rolling machines)." 29 C.F.R. § 570.61(a)(4).

9. Section 15(a)(1) of the FLSA makes it unlawful for any person "to transport, offer for transportation, ship, deliver or sell in commerce, or to ship, deliver, or sell with

knowledge that shipment or delivery or sale thereof in commerce is intended, any goods in the production of which any employee was employed…in violation of any regulation or order of the Secretary issued under section 214 of this title." 29 U.S.C § 15(a)(1).

10. Section 12(b) of the FLSA provides that the Secretary shall conduct investigations and inspections with respect to the employment of minors pursuant to Section 11(a), 29 U.S.C. § 211(a), and shall bring all actions to enjoin or restrain an employer's oppressive child labor under Section 17, 29 U.S.C. § 217, which grants district courts the authority to restrain child labor violations.

## FACTUAL ALLEGATIONS

### The Parties

11. Plaintiff, Julie A. Su, Acting Secretary of Labor, United States Department of Labor, is vested with authority to sue to restrain violations of the FLSA.

12. Monogram is a limited liability company with its principal office located in Memphis, Tennessee. Monogram Management Services, Inc. is the named employer of all Monogram employees. Monogram Meat Snacks, LLC does business in the State of Minnesota and operates the production facility located in Chandler, Minnesota and owns all goods produced at that location. Monogram Food Solutions, LLC is the parent company of Monogram Management Services, Inc. and Monogram Meat Snacks, LLC and other subsidiaries that own production facilities across the country.

13. Monogram operates and employs workers at a facility in Chandler, Minnesota.

14. In addition to the location in Chandler, Minnesota, Monogram operates and employs workers in meat packing establishments, as defined by 29 C.F.R. § 570.61, and food production establishments throughout the United States of America.

15. Monogram has acted directly and indirectly in the company's interest in relation to the employees, and thus is an "employer" of Monogram employees within the meaning of Section 3(d) of the FLSA and is a "person" within the meaning of Section 3(a) of the FLSA.

16. The business activities of Defendants, as described herein, are related and performed through unified operation and common control for a common business purpose and constitute an enterprise within the meaning of Section 3(r) of the Act.

17. Upon information and belief, Monogram had an annual gross volume of sales made or business done in an amount not less than $500,000 at all relevant times.

18. Monogram operates facilities in several states, including Minnesota, Wisconsin, Indiana, Iowa, Virginia, Massachusetts, and Tennessee, with a corporate office in Tennessee. Monogram employees handle and work with goods or materials, such as cleaning supplies and meat products, that have been moved in or produced for commerce.

19. Therefore, Monogram employees are employed in an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Section 3(s)(1)(A) of the Act.

**Defendants' Oppressive Child Labor**

20. On or about March 28, 2023, the Wage and Hour Division ("Wage and Hour") of the U.S. Department of Labor initiated an investigation of Defendants' employment of minors pursuant to Sections 11(a) and 12(b) of the Act.

21. Wage and Hour's investigation revealed that Monogram has employed minors at a meat packing and food processing establishment which it owns and operates in Chandler, Minnesota.

22. Wage and Hour's investigation found that Monogram employed minors under the age of 16 at its facility in Chandler, Minnesota in prohibited occupations. Wage and Hour also found that Monogram has employed minors at its facility in Chandler, Minnesota under the age of 18 who operate power-driven machines, including meat slicers.

## CAUSE OF ACTION
**(Employment of Oppressive Child Labor in Violation of the FLSA)**

23. The Secretary incorporates by reference and re-alleges all foregoing allegations of the Complaint.

24. Defendants have violated and may be violating Sections 12(c), 15(a)(1), and 15(a)(4) of the FLSA, 29 U.S.C. §§ 212(c), 215(a)(1), and 215(a)(4), by employing oppressive child labor in an enterprise engaged in commerce or in the production of goods for commerce, and by shipping, delivering, transporting, offering for transportation, or selling in interstate commerce such goods or shipping, delivering, selling such goods with the knowledge that shipment, delivery, or sales thereof in interstate commerce is intended, including by employing at least one minor under the age of 16 (*see* 29 C.F.R. § 570.119);

by employing minors under the age of 16 to work in prohibited occupations in violation of 29 C.F.R. § 570.33(a) and 29 C.F.R. § 570.33(b); and by employing minors under the age of 18 in occupations involved in operating power-driven machines at a meat packing establishment, such as meat slicers, in violation of 29 C.F.R. § 570.61(a)(4).

**WHEREFORE**, cause having been shown, Plaintiff respectfully requests this Court enter judgment against Defendants providing the following relief:

1. An injunction issued pursuant to Section 17 of the Act permanently restraining Defendants and their agents from using oppressive child labor and from violating the provisions of sections 12(c) and 15(a)(4) of the Act, at each of their workplaces throughout the United States of America;

2. An order granting such other relief as the Court may deem necessary or appropriate.

Respectfully submitted,

**SEEMA NANDA**
Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

____/s/ *Julia Napier*_____
Julia Napier
Ambriel Renn-Scanlan
U.S. Department of Labor
Office of the Solicitor
2300 Main Street, Suite 10100
Kansas City, Missouri 64108
(816) 285-7260
napier.julia.m@dol.gov
renn-scanlan.ambriel@dol.gov

*Attorneys for Plaintiff Julie A. Su, Acting Secretary of Labor, U.S. Department of Labor*